IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 2 6 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-01579-EWN-BNB

BLONDELL F. MITCHELL,

    Plaintiff,

v.

LARRY ULIBARRI,
KENDALL LAMAR,
KATHIE JOHNSON,
STEVEN LAURITZEN, and
MANUEL ANTHONY VALDEZ,

    Defendants.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed in forma pauperis. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to

Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

Dated: September 19, 2006

                                      BY THE COURT:

                                      <u>s/ Edward W. Nottingham</u>
                                      UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01579-EWN-BNB

Blondell F. Mitchell
2400 Hickman Rd #113
Des Moines, IA 50310

US Marshal Service
Service Clerk
Service forms for: Larry Ulibarri, Kendall Lamar, Kathie Johnson, Steven Lauritzen, and Manual Anthony Valdez.

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to the U.S. Marshal for process of service on Larry Ulibarri, Kendall Lamar, Kathie Johnson, Steven Lauritzen, and Manual Anthony Valdez: AMENDED COMPLAINT filed on 09/05/06, SUMMONS, NOTICE OF WAIVER, AND CONSENT FORM
on 9-26-06.

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk

U.S. Department of Justice  
United States Marshals Service

**PROCESS RECEIPT AND RETURN**  
See Instructions for "Service of Process by the U.S. Marshal"  
on the reverse of this form.

| PLAINTIFF<br>Blondell F. Mitchell | COURT CASE NUMBER<br>06-cv-01579-EWN-BNB |
|---|---|
| DEFENDANT<br>Larry Ulibarri, et al | TYPE OF PROCESS<br>S/C |

**SERVE AT**

| NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>Larry Ulibarri |
|---|
| ADDRESS *(Street or RFD, Apartment No., City State and Zip Code)*<br>1095 S. Monaco Pkwy, Denver, CO 80224 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Blondell F. Mitchell  
2400 Hickman Rd #113  
Des Moines, IA 50310

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Personal Service

| Signature of Attorney or other Originator requesting service on behalf of: Deputy Clerk | X  PLAINTIFF<br>___ DEFENDANT | TELEPHONE NUMBER<br>303-844-3433 | DATE<br>09/26/06 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ___ have personally served, ___ have legal evidence of service, ___ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, etc., shown at the address indicated below.

___ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served *(if not shown above)* | ___ A person of suitable age and discretion then residing in the defendant's usual place of adobe. |
|---|---|
| Address *(complete only if different than shown above)* | Date of Service | Time | am<br>pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges<br>(including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

**PRIOR EDITIONS MAY BE USED**     **1. CLERK OF THE COURT**     FORM USM-285 (Rev. 12/15/80)

| U.S. Department of Justice | **PROCESS RECEIPT AND RETURN** |
|---|---|
| United States Marshals Service | *See Instructions for "Service of Process by the U.S. Marshal"* on the reverse of this form. |

| PLAINTIFF<br>Blondell F. Mitchell | COURT CASE NUMBER<br>06-cv-01579-EWN-BNB |
|---|---|
| DEFENDANT<br>Kendall Lamar | TYPE OF PROCESS<br>S/C |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Kendall Lamar

ADDRESS *(Street or RFD, Apartment No., City State and Zip Code)*
1095 S. Monaco Pkwy, Denver, CO 80224

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | Number of process to be served with this Form - 285 | 1 |
|---|---|---|
| Blondell F. Mitchell<br>2400 Hickman Rd #113<br>Des Moines, IA 50310 | Number of parties to be served in this case | 5 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)*:

Personal Service

| Signature of Attorney or other Originator requesting service on behalf of: Deputy Clerk | __X__ PLAINTIFF<br>____ DEFENDANT | TELEPHONE NUMBER<br>303-844-3433 | DATE<br>09/26/06 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ____ have personally served, ____ have legal evidence of service, ____ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, etc., shown at the address indicated below.

____ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served *(if not shown above)* | ____ A person of suitable age and discretion then residing in the defendant's usual place of adobe. |
|---|---|
| Address *(complete only if different than shown above)* | Date of Service | Time | am<br>pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

| PRIOR EDITIONS<br>MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Blondell F. Mitchell | 06-cv-01579-EWN-BNB |
| DEFENDANT | TYPE OF PROCESS |
| Kathie Johnson | S/C |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Kathie Johnson

ADDRESS *(Street or RFD, Apartment No., City State and Zip Code)*
1095 S. Monaco Pkwy, Denver, CO 80224

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Blondell F. Mitchell
2400 Hickman Rd #113
Des Moines, IA 50310

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Personal Service

Signature of Attorney or other Originator requesting service on behalf of:  Deputy Clerk   X  PLAINTIFF   ___ DEFENDANT

TELEPHONE NUMBER: 303-844-3433
DATE: 09/26/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ___ have personally served, ___ have legal evidence of service, ___ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, etc., shown at the address indicated below.

___ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served *(if not shown above)*

___ A person of suitable age and discretion then residing in the defendant's usual place of adobe.

Address *(complete only if different than shown above)*

Date of Service | Time | am pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

PRIOR EDITIONS
MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>*See Instructions for "Service of Process by the U.S. Marshal"*<br>*on the reverse of this form.* |
|---|---|

| PLAINTIFF<br>Blondell F. Mitchell | COURT CASE NUMBER<br>06-cv-01579-EWN-BNB |
|---|---|
| DEFENDANT<br>Steven Lauritzen | TYPE OF PROCESS<br>S/C |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Steven Lauritzen

ADDRESS *(Street or RFD, Apartment No., City State and Zip Code)*
1095 S. Monaco Pkwy, Denver, CO 80224

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:<br>Blondell F. Mitchell<br>2400 Hickman Rd #113<br>Des Moines, IA 50310 | Number of process to be served with this Form - 285 | 1 |
|---|---|---|
| | Number of parties to be served in this case | 5 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Personal Service

| Signature of Attorney or other Originator requesting service on behalf of:<br>Deputy Clerk | X PLAINTIFF<br>___ DEFENDANT | TELEPHONE NUMBER<br>303-844-3433 | DATE<br>09/26/06 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ___ have personally served, ___ have legal evidence of service, ___ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, etc., shown at the address indicated below.

___ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served *(if not shown above)* | ___ A person of suitable age and discretion then residing in the defendant's usual place of adobe. |
|---|---|
| Address *(complete only if different than shown above)* | Date of Service | Time | am<br>pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

| PRIOR EDITIONS<br>MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.*

| PLAINTIFF<br>Blondell F. Mitchell | COURT CASE NUMBER<br>06-cv-01579-EWN-BNB |
|---|---|
| DEFENDANT<br>Manuel Anthony Valdez | TYPE OF PROCESS<br>S/C |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Manuel Anthony Valdez

ADDRESS *(Street or RFD, Apartment No., City State and Zip Code)*
1095 S. Monaco Pkwy, Denver, CO 80224

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:<br>Blondell F. Mitchell<br>2400 Hickman Rd #113<br>Des Moines, IA 50310 | Number of process to be served with this Form - 285 | 1 |
|---|---|---|
| | Number of parties to be served in this case | 5 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)*:

Personal Service

| Signature of Attorney or other Originator requesting service on behalf of:<br>Deputy Clerk [signature] | X PLAINTIFF<br>___ DEFENDANT | TELEPHONE NUMBER<br>303-844-3433 | DATE<br>09/26/06 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ___ have personally served, ___ have legal evidence of service, ___ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, etc., shown at the address indicated below.

___ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served *(if not shown above)* | ___ A person of suitable age and discretion then residing in the defendant's usual place of adobe. |
|---|---|
| Address *(complete only if different than shown above)* | Date of Service | Time | am<br>pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

PRIOR EDITIONS
MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)