IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01579-EWN-BNB

BLONDELL F. MITCHELL,

Plaintiff,

v.

LARRY ULIBARRI,
KENDALL LAMAR,
KATHIE JOHNSON,
STEVEN LAURITZEN, and
MANUEL ANTHONY VALDEZ,

Defendants.
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion Regarding Not Receiving the Defendants** [sic] **Motions** [Doc. # 24, filed 10/20/06] (the "Motion"). The plaintiff complains that she has not received a copy of the defendants' motion to dismiss. The defendants' response to the Motion states that they have contacted the plaintiff, and she confirmed that she has received the motion. Accordingly,

IT IS ORDERED that the Motion is DENIED AS MOOT.

Dated November 15, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge