IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01579-EWN-BNB

BLONDELL F. MITCHELL,

Plaintiff,

v.

LARRY ULIBARRI,
KENDALL LAMAR,
KATHIE JOHNSON,
STEVEN LAURITZEN, and
MANUEL ANTHONY VALDEZ,

Defendants.
_____

**ORDER**
_____

This matter is before me on the following motions (the "Motions") filed by the plaintiff:

1. **Motion Regarding Not Receiving the Defendants** [sic] **Motions** [Doc. # 33, filed 10/25/06]; and

2. **Motion for Summary Judgment** [Doc. #34, filed 10/25/06].

The Motion Regarding Not Receiving the Defendants [sic] Motion is duplicative of Doc. #24, filed by the plaintiff on October 20, 2006. The Motion for Summary Judgment is duplicative of Doc. #26, filed by the plaintiff on October 23, 2006. Accordingly,

IT IS ORDERED that the Motions are STRICKEN.

Dated November 15, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge