IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01427-EWN-BNB

BLONDELL F. MITCHELL,

Plaintiff,

v.

KDJM - FM
INFINITY BROADCASTING, and
VIACOM,

Defendants.
_____

Civil Action No. 06-cv-01578-EWN-BNB

BLONDELL F. MITCHELL,

Plaintiff,

v.

JENNIFER PROCTOR,
MARK OTTO,
JOSE ESPINOSA,
KEITH ABRAMS, and
MARIA CHAVEZ,

Defendants.
_____

Civil Action No. 06-cv-01579-EWN-BNB

BLONDELL F. MITCHELL,

Plaintiff,

v.

LARRY ULIBARRI,
KENDALL LAMAR,
KATHIE JOHNSON,
STEVEN LAURITZEN, and
MANUEL ANTHONY VALDEZ,

Defendants.
_____

Civil Action No. 06-cv-01585-EWN-BNB

BLONDELL F. MITCHELL,

Plaintiff,

v.

KQKS-FM,
JEFFERSON PILOT COMMUNICATIONS, n/k/a LINCOLN FINANCIAL MEDIA,
JEFFERSON PILOT FINANCIAL, n/k/a LINCOLN FINANCIAL GROUP,

Defendants.
_____

## ORDER
_____

This matter is before me on the **Motion to Consolidate Cases** filed in Case No. 06-cv-01427 by defendants CBS Radio Stations Inc.; CBS Radio Inc.; and CBS Corporation [Doc. #32, filed 10/23/06] (the "Motion to Consolidate"). The Motion is GRANTED.

In July and August of 2006, the plaintiff commenced these four separate actions, in which she sues a total of sixteen defendants. The actions all allege that the defendants defamed the plaintiff by accusing her of having and spreading the AIDS virus.

All of the parties in all of the cases were ordered to respond to the Motion to Consolidate on or before November 14, 2006. See *Minute Order* issued in all cases on 10/25/06. The plaintiff has objected to the proposed consolidation. *Resistance to the Defendants* [sic] *Motion to Consolidate Cases* (the "Response"), filed 11/13/06. The defendants in Case No. 06-cv-01578 filed a response stating that they "join in and support" the Motion to Consolidate. [Doc. Nos. 49 and 50, filed 11/6/06]. The defendants in Cases No. 06-cv-01579 and 06-cv-01585 did not respond.

Rule 42(a), Fed.R.Civ.P. provides:

> When actions involving a common question of law or fact are pending before the court, it may order a joint hearing or trial of any or all the matters in issue in the actions; it may order all the actions consolidated; and it may make such orders concerning proceedings therein as may tend to avoid unnecessary costs or delay.

Consolidation of related cases is left to the trial court's discretion. Shump v. Balka, 574 F.2d 1341, 1344 (10th Cir.1978).

All four of the plaintiff's lawsuits assert identical claims based on the defendants' alleged statements that (1) the plaintiff is infected with HIV; (2) the plaintiff infected men with HIV/AIDS; and (3) the defendants created a "Media Munchenhausen." All four cases involve identical questions of law and fact.

In addition, the plaintiff has filed numerous identical motions in all of her cases. She filed the same motion for summary judgment in each case and the same motion regarding not receiving

3

filings in each case. Disposition of these redundant motions was confusing and a waste of judicial resources.

IT IS ORDERED that the Motion to Consolidate is GRANTED. Cases No. 06-cv-01427-EWN-BNB; 06-cv-01578-EWN-BNB; 06-cv-01579-EWN-BNB; and 06-cv-01585-EWN-BNB are consolidated for all purposes. See Fed.R.Civ.P. 42(a).

IT IS FURTHER ORDERED that all further proceedings shall bear the following caption:

> Case No. 06-cv-1427-EWN-BNB (consolidated with 06-cv-01578-EWN-BNB; 06-cv-01579-EWN-BNB; and 06-cv-01585-EWN-BNB )
>
> BLONDELL F. MITCHELL,
>
> Plaintiff,
>
> v.
>
> KDJM-FM n/k/a/ KWLI-FM,
> INFINITY BROADCASTING CORPORATION n/k/a CBS Radio, Inc.,
> and
> VIACOM, INC. n/k/a CBS Corporation,
>
> Defendants.

Dated November 16, 2006.

                                             BY THE COURT:

                                             s/ Boyd N. Boland
                                             United States Magistrate Judge